**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GAME TRADING TECHNOLOGIES, | ) | Case No. 12-11519 (NVA) |
| INC., et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of February, 2012, I caused a copy of the following to be served by overnight mail or electronically by CM/ECF on all parties listed on the attached service list (except that, for any of the parties identified on the attached service list without a street address or fax number, copies were sent by first-class United States mail, postage prepaid):

> Debtors' Motion for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Payment for Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Dkt. No. 5]

> Debtors' Motion for Entry of an Order Authorizing Payment of Prepetition Wages, Compensation, Employee Benefits, Expense Reimbursement and Related Items, and the Continuation of Certain Employment Policies in the Ordinary Course [Dkt. No. 6]

> Debtors' Motion for an Order (I) Authorizing Debtors to Continue Use of Cash Management System, Existing Bank Accounts and Business Forms, and (II) Waiving the Deposit and Investment Requirements of Section 345 of the Bankruptcy Code [Dkt. No. 7]

> Application for Authority to Employ McGuireWoods LLP as Counsel to the Debtors and Debtors in Possession [Dkt. No. 8]

\36757810.1

Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105(A) and 363 Requesting Authority to Enter Into Agreement with WeinsweigAdvisors LLC and Marc S. Weinsweig to, *Inter Alia*, Serve as Chief Restructuring Officer to the Debtors [Dkt. No. 9]

Affidavit of Marc S. Weinsweig in Support of First-Day Motions [Dkt. No. 10]

Order Providing for Joint Administration of Cases [Dkt. No. 12]

Notice of Hearing on First Day Motions [Dkt. No. 16]

        */s/ James E. Van Horn*
        James E. Van Horn

\36757810.1

## SERVICE LIST

Alliance Sales & Distribution, Inc.
114 Packham Road
Unit # 2
Stratford, ON  N5A 6S4

CFS Creative Financial Staffing
P.O. Box 415565
Boston, MA 02241-5565

Dealtree
609 Enterprise Drive Ste. 100
Flower Mound, TX    75028

Disc Go Technologies Inc.
101-19110 24th Ave
Surrey, BC V3S 3S9
Canada

Games for Less, Inc.
16392 Gothard St
Unit G
Huntington Beach, CA 92647

Globaltranz Enterprises, LLC
PO Box 203285
Dallas, TX 75320-3285

Gulfstream Logistics, LLC
P.O. Box 54711
Cincinnati, OH  45254-0711

Hastings Entertainment, Inc.
P.O. Box 35350
Amarillo, TX 79120-5350

Hollywood Entertainment Corp
9275 SW Peyton Ln.
Wilsonville, OR 97070

LA Marketing, Inc.
72 Winthrop Road
Plainview, NY  11803

Merritt Bavar - VA, LLC
2066 Lord Baltimore Drive
Baltimore, MD  21244-2501

New Creature Holding, Inc.
2003 Horsebard Road
Suite 4
Rogers, AR  72758

NorAm International Partners, Inc.
22 Hampshire Drive
Hudson, NH  03051

R & L Carriers, Inc.
P.O. Box 10020
Port William, OH 45164-2000

R & L Global Logistics
P.O. Box 405939
Atlanta, GA  30384-5939

SymphonyIRI Group
4766 Paysphere Circle
Chicago, IL  60674

Tempus Tech Inc.
120 E Seventh Street
Auburn, IN  46706

Tommo Inc.
162 Atlantic Ave
Pomana, CA  91768

YRC
P.O. Box 13573
Newark, NY  07188-3573

Zoo Publishing Inc.
c/o Panta Distribution, LLC.
1 Barker Avenue, Ste 260
White Plains, NY  10601

Best Buy Stores LP
PO Box 9312
Minneapolis, MN 55440

Bruce Meyers
C/O Meyers Associates L.P.
45 Broadway; 2nd Floor
New York, NY 10006

Clinton Magnolia Master Fund
C/O Clinton Group, Inc.
9 West 57th St.
New York, NY 10019

Clinton Special Opportunities Master Fund
C/O Clinton Group, Inc.
9 West 57th St.
New York, NY 10019

Investors Stock Daily, Inc.
400 Andrews Street
Suite 215
Rochester, NY 14604

Jack Koegel
6050 Blvd East
Unit 8-H West
New York, NJ 07093

Kingsbrook Opportunities
C/O Kingsbrook Partners LP
590 Madison St.; 27th Floor
New York, NY 10022

Liolios Group, Inc.
20371 Irvine Avenue
Suite A-100
Newport Beach, CA 92660

Michael DuGally
22 Hampshire Drive
Hudson, NH 03051

PrecisionIR, Inc.
Lockbox 7391
P.O. Box 8500
Philadelphia, PA 19178-7391

redbox
1 Tower Lane
Suite 1200
Oakbrook Terrace, IL 60181

Rick Leimbach
10957 McCormick Road
Hunt Valley, MD 21031

RR Donnelley
P. O. Box 905151
Charlotte, NC 28290-5151

Seremma, LLC
C/O Spotlight Advisors, LLC
9 West 57th St.; 26th Floor
New York, NY 10019

Sichenzia Ross Friedman Ference LLP
61 Broadway, 32nd FL
New York, NY 10006

Standard & Poors Financial Services LLC
55 Water Street
34th Floor
New York, NY 10041-0003

Todd Hays
10957 McCormick Road
Hunt Valley, MD 21031

Tom Wobber
1603 Guildford Lane
York, PA 17404

Vision Opportunity Master Fund, LTD.
C/O Vision Capital Advisors, Ltd.
20 West 55th St, 5th Floor
New York, NY 10019

DK Trading Partners, LLC
c/o Michael Zimmerman
33 Benedict Place, 2nd Floor
Greenwich, CT  06830

Mathew B. Hoffman
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, New York  10020

Mark A. Neal
Office of the US Trustee
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, MD  21201

U.S. Securities and Exchange Commission
Philadelphia Regional Office
The Mellon Independence Center
701 Market Street
Philadelphia, PA  19106-1532

Baltimore Gas & Electric
P. O. Box 1475
Baltimore, MD  21203

Broadview Networks Inc.
809 Glen Eagles Ct, Suite 200
Towson, MD  21286

Verizon Wireless
P. O. Box 3397
Bloomington, IL  61702

Verizon Small Business
P. O. Box 660720
Dallas, TX  75266

Digital Movers, LLC
P. O. Box 569
Mashpee, MA  02649

Commercehub
255 Fuller Road, Suite 327
Albany, NY  12203

Paypal
221 North First Street
San Jose, CA  95131

The Columbia Bank
1301 York Road
Lutherville, MD  21093

M&T Bank
6900 York Road
Baltimore, MD  21212-1509

/36756300.1