**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GAME TRADING TECHNOLOGIES, INC., <u>et</u> <u>al</u>.,[1] | ) ) | Case No. 12-11519 (NVA) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING FIRST AMENDED
JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE
BANKRUPTCY CODE PROPOSED BY THE DEBTORS AND THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS,
(II) EFFECTIVE DATE OF PLAN, AND (III) BAR DATES FOR FILING
ADMINISTRATIVE EXPENSE CLAIMS, PROFESSIONAL FEE CLAIMS,
AND CONTRACT REJECTION DAMAGES CLAIMS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **Confirmation of the First Amended Joint Plan of Reorganization.** On April 25, 2012, the United States Bankruptcy Court for the District of Maryland (Baltimore Division) (the "<u>Bankruptcy Court</u>") entered an Order [Docket No. 160] (the "<u>Confirmation Order</u>") confirming the First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 114] (the "<u>Plan</u>"), in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (together, the "<u>Debtors</u>"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to them in the Plan.

2. **Effective Date**. The Effective Date of the Plan is May 3, 2012 (the "<u>Effective Date</u>").

3. **Bar Date for Administrative Expense Claims**. All Administrative Expense Claims (other than Professional Fee Claims) must be made by application filed with the Bankruptcy Court no later than **June 2, 2012** (<u>thirty (30) days after the Effective Date</u>). Objections to the allowance of Administrative Expense Claims (other than Professional Fee Claims) must be filed with the Bankruptcy Court and served on or before the later of (a) **July 2, 2012** (<u>sixty (60) days after the Effective Date</u>) and (b) thirty (30) days after the filing of such Administrative Expense Claim; or such longer period as may be allowed by order of the Bankruptcy Court.

---

[1] The Debtors are as follows: Game Trading Technologies, Inc. and Gamers Factory, Inc.

**4.     Bar Date for Professional Fee Claims.**  All final requests for payment of Professional Fee Claims must be made by application filed with the Bankruptcy Court no later than **July 2, 2012** (sixty (60) days after the Effective Date). Any party in interest shall have the right to object to a Professional Fee Claim. Objections to Professional Fee Claims shall be filed within twenty-one (21) days from the filing and service of the Professional Fee Claim; or such longer period as may be allowed by the Bankruptcy Court.

**5.     Bar Date for Contract Rejection Damages Claims**. If the rejection by the Debtors, pursuant to the Plan or otherwise, of an executory contract or unexpired lease gives rise to a claim, a proof of claim asserting such rejection damages claim (a "Rejection Claim") must be filed and served on the Responsible Officer on or before **June 5, 2012.**  Objections to the allowance of Rejection Claims must be filed and served on the claimant no later than **July 2, 2012**; or such longer period as may be allowed by the Bankruptcy Court.

**6.     Inquiries and Copies of the Plan and Confirmation Order**.  Any inquiries about this Notice and requests for copies of the Plan or Confirmation Order should be made by contacting counsel for the Responsible Officer, Gary H. Leibowitz, Esquire and G. David Dean, Esquire (gleibowitz@coleschotz.com and ddean@coleschotz.com or (410) 230-0660).

Dated: May 3, 2012                              */s/ James E. Van Horn*
                                                James E. Van Horn (Bar No. 29210)
                                                McGUIREWOODS LLP
                                                7 Saint Paul Street, Suite 1000
                                                Baltimore, MD 21202
                                                (410) 659-4468
                                                jvanhorn@mcguirewoods.com

                                                Attorney for Debtors and
                                                Debtors-in-Possession

\38867589.1