**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

Case No.:   12–11519 – NVA     Chapter:   11

| | |
|---|---|
| Game Trading Technologies, Inc.<br>232 Cockeysville Road<br>Hunt Valley, MD 21030 | Gamers Factory, Inc.<br>232 Cockeysville Road<br>Hunt Valley, MD 21030 |

Dated: 8/17/12

Dear Sir/Madam:

In keeping with the practice of this office, we are hereby notifying you that the parties listed below have not received a copy of the following:

- ☐ 341 meeting notice
- ☑ Notice of Hearing – Document P. 190
- ☐ Order – Document
- ☐ Order of Discharge
- ☐ Final Decree

due to the following reasons:

- ☐ Insufficient/incomplete address on mailing matrix
- ☑ Returned, undeliverable
- ☐ Forwarding order expired

In compliance with Local Bankruptcy Rules 1007–1 and 1007–3, it is the responsibility of the debtor to provide current mailing addresses for creditors listed on the petition. The address provided to the court is incorrect and cannot be used for future noticing purposes. Please submit an amendment to your matrix and a certification of completed mailing of the above–noted document to guarantee that due process is served.

Insufficient addressee(s):

Amanda c schepleng
10957 McCormick Road
Hunt valley, MD 21031

Ana A Garcia
10957 McCormick Road
Hunt valley, MD 21031–1401

Brett Snyder
10957 McCormick Road
Hunt valley, MD 21031–1401

Heiny C Aldona
10957 McCormick Road
Hunt valley, MD 21031–1401

Paula Michels
10957 McCormick Road
Hunt valley, MD 21031–1401

Rick Miller

10957 McCormick Road
Hunt Valley, MD 21031–1401

Thomas E Hays
10957 McCormick Road
Hunt valley, MD 21031–1401

                                              Sincerely,

                                              Mark D. Sammons, Clerk of Court
                                              by Deputy Clerk, Joyce Yalley  (410) 962–2688